THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIRK HANLEY, Appellant.

Submitted May 14, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v JAMES A. HARRIS, JR., Respondent.

Submitted May 29, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Warren S. Hecht, Esq., 118-21 Queens Boulevard, Suite 518, Forest Hills, New York 11375 assigned as counsel to the respondent on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS McGEE, Appellant.

Submitted May 21, 2012; decided May 31, 2012

Motion for assignment of counsel granted and David C. Schopp, Esq., Legal Aid Bureau of Buffalo, Inc., 237 Main Street, Suite 1602, Buffalo, New York 14203 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL THOMPSON, Appellant.

Submitted May 14, 2012; decided May 31, 2012

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.